UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MATHIS, | ) | |
|               Petitioner, | ) | NO. CV S-06-2733-JLQ |
| vs. | ) | **ORDER** |
| L.E. SCRIBNER, et al., | ) | |
|               Respondents. | ) | |

On March 8, 2010, the court entered an Order Denying the Petitioner's request for Certificate of Appealability. Petitioner's motion filed on April 1, 2010 indicates he did not receive a copy of the court's written order, yet he requests reconsideration of the ruling arguing the court utilized the wrong standard in denying his application for certificate of appealability.

**IT IS HEREBY ORDERED:**

Petitioner's Motion for Reconsideration (Ct. Rec. 31) is **DENIED**. A certificate of appealability is not issued for the reasons set forth in the court's March 8, 2010 Order. The Clerk of the Court is directed to enter this Order and provide copies to counsel and Petitioner. In addition, the Court Clerk shall provide the Petitioner a copy of the court's March 8, 2010 Order (**Ct. Rec. 27**). The case file shall remain closed.

Dated April 6, 2010.

                            s/ Justin L. Quackenbush
                           JUSTIN L. QUACKENBUSH
               SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1